1

2

J S - 6

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

10

**CENTRAL DISTRICT OF CALIFORNIA**

11

12

ADELE SCHNEIDEREIT,

13

Plaintiff,

14

vs.

15

CITIBANK (SOUTH DAKOTA), N.A.,

16

17

Defendant.

18

19

20

21

22

23

24

25

26

27

28

)
)
)
)
)
)
)
)
)
)
)
)

**Case No.**  2:09-cv-07498-FMC-MANx

[[Assigned to the Honorable Florence-Marie Cooper]

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

LA 51202786

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

1

## <u>ORDER</u>

2   Having reviewed and considered the Stipulation of Dismissal with Prejudice

3 filed by the parties, stipulating that the above-captioned action be dismissed with

4 prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1),

5   **IT IS HEREBY ORDERED** that the Stipulation is GRANTED and the

6 above-captioned action is hereby dismissed with prejudice pursuant to Federal Rule

7 of Civil Procedure 41(a)(1), including all claims asserted by plaintiff Adele M.

8 Schneidereit against defendant Citibank (South Dakota), N.A.  Pursuant to the

9 parties' Stipulation, the parties are to bear their own costs.

10

11   **IT IS SO ORDERED**.

12

13

14 Dated:<u>November 12, 2009</u>

           _____

15             THE HON. FLORENCE-MARIE COOPER
             UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28